UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER SIMMS,

Defendant.

26-cr-222 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record, defense counsel should work with the Probation Office to come up with a proposal for conditions of supervised release that address the concerns the Court expressed at the hearing. By September 8, 2026, defense counsel should submit a letter laying out the defense's proposal. Defendant's sentencing is reset for **Monday, September 14, 2026**, at **11:00 AM**.

SO ORDERED.

Dated: September 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge